*E-Filed 12/3/10*

1  MICHELLE R. BARRETT, Bar No. 197280
   mbarrett@littler.com
2  ROSSANA S. ELTANAL, Bar No. 221145
   reltanal@littler.com
3  APRIL N. LOVE, Bar No. 255527
   alove@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  650 California Street - 20th Floor
   San Francisco, CA  94108.2693
6  Telephone:     415.433.1940
   Fax No.:       415.399.8490
7
   Attorneys for Defendant
8  STARCON INTERNATIONAL, INC.

9

10               UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13  DANIEL MARTIN and ROBEL KELLY,        Case No.  10-CV-03676 RS
    individually and on behalf of all others
14  similarly situated,                   JOINT STIPULATION AND [PROPOSED]
                                          ORDER STAYING LAWSUIT PENDING
15              Plaintiffs,               COMPLETION OF MEDIATION

16       v.                               Complaint Filed:       April 20, 2010
                                          1st Am. Complaint Filed: July 15, 2010
17  STARCON INTERNATIONAL, INC.; and
    DOES 1 through 10, inclusive,
18
                Defendant.
19

20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

JOINT STIP. TO STAY LAWSUIT PENDING
COMPLETION OF MEDIATION

Case No.  10-CV-03676 RS

WHEREAS, Plaintiffs Daniel Martin, et al. ("Plaintiffs") filed a Class Action Complaint against Starcon International, Inc. ("STARCON") in Contra Costa Superior Court on April 20, 2010;

WHEREAS, STARCON filed an Answer to Plaintiffs' Class Action Complaint on May 27, 2009;

WHEREAS, Plaintiffs filed a First Amended Class Action Complaint on July 15, 2010;

WHEREAS, STARCON removed this lawsuit to the United States District Court, Northern District of California on August 19, 2010;

WHEREAS, Plaintiffs moved to remand the lawsuit to Contra Costa Superior Court on September 17, 2010;

WHEREAS, Plaintiffs' motion to remand came on for hearing on November 4, 2010, at which time the Court took the matter under submission;

WHEREAS, the parties have agreed to voluntarily mediate this lawsuit and have further agreed to seek a stay of the lawsuit in its entirety in an effort to conserve the resources of both the Court and the parties pending the completion of mediation; and

WHEREAS, the parties have agreed that the aforementioned stay shall encompass Plaintiffs' pending motion to remand, the parties' December 2, 2010 deadline to serve initial disclosures, and the parties' December 9, 2010 Case Management Conference;

THEREFORE, the parties stipulate and agree as follows:

1. The above-captioned lawsuit shall be stayed, in its entirety, pending completion of mediation;

2. The Court's ruling on Plaintiffs' motion to remand shall be stayed pending completion of mediation;

3. The parties' December 2, 2010 deadline to serve initial disclosures shall be stayed pending completion of mediation;

4. The parties' December 9, 2010 Case Management Conference shall be reset following the completion of mediation, if necessary; and

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. & [PROPOSED] ORDER STAYING
LAWSUIT PENDING MEDIATION       1.       Case No. 10-CV-03676 RS

5. The parties will submit an update to the Court within 90 days of entry of order approving this stipulation.

IT IS SO STIPULATED.

Dated: November 22, 2010

                                               /s/ *April N. Love*
                                               APRIL N. LOVE
                                               LITTLER MENDELSON
                                               A Professional Corporation
                                               Attorneys for Defendant
                                               STARCON INTERNATIONAL, INC.

Dated: November 22, 2010

                                               /s/ *Eric A. Grover*
                                               ERIC A. GROVER
                                               KELLER GROVER LLP
                                               Attorneys for Plaintiffs
                                               DANIEL MARTIN, et al.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. & [PROPOSED] ORDER STAYING LAWSUIT PENDING MEDIATION     2.     Case No. 10-CV-03676 RS

## ORDER

Based upon the joint stipulation of all parties in the above-captioned case, and good cause appearing, it is hereby ordered that the case be stayed, in its entirety, pending the parties' completion of mediation. Specifically, this Court's ruling on Plaintiffs' motion to remand shall be stayed pending completion of mediation; the parties' December 2, 2010 deadline to serve initial disclosures shall be stayed pending completion of mediation; and the parties' December 9, 2010 Case Management Conference shall be reset following the completion of mediation, if necessary. The parties will submit a status update to this Court within 90 days of this Order.

**IT IS SO ORDERED.**

DATED: 12/3/10

_____
**JUDGE OF THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP. & [PROPOSED] ORDER STAYING LAWSUIT PENDING MEDIATION    3.    Case No. 10-CV-03676 RS