1  MICHELLE R. BARRETT, Bar No. 197280
   mbarrett@littler.com
2  ROSSANA S. ELTANAL, Bar No. 221145
   reltanal@littler.com
3  APRIL N. LOVE, Bar No. 255527
   alove@littler.com
4  LITTLER MENDELSON
   A Professional Corporation
5  650 California Street - 20th Floor
   San Francisco, CA  94108.2693
6  Telephone:   415.433.1940
   Fax No.:     415.399.8490

7

   Attorneys for Defendant
8  STARCON INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL MARTIN and ROBEL KELLY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STARCON INTERNATIONAL, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.  10-CV-03676 RS<br><br>**UPDATED JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND STAYING LAWSUIT PENDING COMPLETION OF MEDIATION**<br> AS MODIFIED BY THE COURT<br>Date:             March 31, 2011<br>Time:            10:00 a.m.<br>Courtroom:  Three (17th Floor)<br><br>Complaint Filed:          April 20, 2010<br>1st Am. Complaint Filed:   July 15, 2010 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

UPDATED JOINT STIP. & [PROPOSED]
ORD. TO CONT. CMC & STAY LAWSUIT
PENDING COMPLETION OF MEDIATION

Case No.  10-CV-03676 RS

1  WHEREAS, on December 3, 2010, Plaintiffs Daniel Martin, et al. and Defendant STARCON International, Inc. (collectively referred to herein as the "parties") stipulated to seek a stay of the above-captioned lawsuit in its entirety in an effort to conserve the resources of both the Court and the parties pending the completion of mediation;

WHEREAS, the parties likewise agreed that their December 9, 2010 Case Management Conference would be reset following the completion of mediation, if necessary;

WHEREAS, the parties' December 3, 2010 stipulation indicated that the parties would voluntarily mediate this lawsuit before mediator Mark S. Rudy, Esq. on March 15, 2011;

WHEREAS, this Court entered an Order approving the parties' stipulation on December 3, 2010;

WHEREAS, consistent with the stipulation, this Court continued the parties' December 9, 2010 Case Management Conference to March 31, 2011; and

WHEREAS, the parties have since agreed to postpone the scheduled March 15, 2011 mediation until May 23, 2011;

THEREFORE, the parties stipulate and agree as follows:

1. The above-captioned lawsuit shall remain stayed, in its entirety, pending completion of the May 23, 2011 mediation;

2. The Court's ruling on Plaintiffs' motion to remand shall remain stayed pending completion of mediation;

3. The parties' December 2, 2010 deadline to serve initial disclosures shall remain stayed pending completion of mediation;

4. The March 31, 2011 Case Management Conference shall be continued to June 8, 2011, or a date thereafter convenient for this Court; and

5. The parties will submit an update to the Court within 10 days of after the completion of the mediation session.

IT IS SO STIPULATED.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

UPDATED JOINT STIP. & [PROPOSED]
ORD. TO CONT. CMC & STAY LAWSUIT
PENDING COMPLETION OF MEDIATION       1.       Case No. 10-CV-03676 RS

1 | Dated: March 18, 2011

3 | */s/ Michelle R. Barrett*
MICHELLE R. BARRETT
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
STARCON INTERNATIONAL, INC.

Dated: March 18, 2011

*/s/ Eric A. Grover*
ERIC A. GROVER
KELLER GROVER LLP
Attorneys for Plaintiffs
DANIEL MARTIN, et al.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

UPDATED JOINT STIP. & [~~PROPOSED~~]
ORD. TO CONT. CMC & STAY LAWSUIT
PENDING COMPLETION OF MEDIATION

2.   Case No.  10-CV-03676 RS

**ORDER**

Based upon the joint stipulation of all parties in the above-captioned case, and good cause appearing, it is hereby ordered that the case remain stayed, in its entirety, pending the parties' completion of mediation. Specifically, this Court's ruling on Plaintiffs' motion to remand shall remain stayed pending completion of mediation scheduled on May 23, 2011; the parties' December 2, 2010 deadline to serve initial disclosures shall remain stayed pending completion of mediation; and the parties' March 31, 2011 Case Management Conference shall be continued to ~~June 8~~ June 9, 2011, or a date thereafter convenient for this Court, if necessary. The parties will submit a status update to this Court within 10 days of the completion of the mediation session.

**IT IS SO ORDERED.**

**DATED:** __3/21/11_____     _____
**JUDGE OF THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

UPDATED JOINT STIP. & [~~PROPOSED~~] ORD. TO CONT. CMC & STAY LAWSUIT PENDING COMPLETION OF MEDIATION     3.     Case No. 10-CV-03676 RS