1  JOHN M. SKONBERG, Bar No. 069409
   jskonberg@littler.com
2  MICHELLE R. BARRETT, Bar No. 197280
   mbarrett@littler.com
3  LITTLER MENDELSON
   A Professional Corporation
4  650 California Street - 20th Floor
   San Francisco, CA  94108.2693
5  Telephone:   415.433.1940
   Fax No.:     415.399.8490
6
   Attorneys for Defendant
7  STARCON INTERNATIONAL, INC.

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12  DANIEL MARTIN and ROBEL KELLY,        Case No.  10-CV-03676 RS
    individually and on behalf of all others
13  similarly situated,                   **JOINT STIPULATION AND [PROPOSED]**
                                          **ORDER RESCHEDULING CASE**
14             Plaintiffs,                **MANAGEMENT CONFERENCE**
                                          AS MODIFIED BY THE COURT
15     v.                                 Date:           June 9, 2011
                                          Time:           10:00 a.m.
16  STARCON INTERNATIONAL, INC.; and      Courtroom:      Three (17th Floor)
    DOES 1 through 10, inclusive,
17                                        Complaint Filed:       April 20, 2010
               Defendant.                 1st Am. Complaint Filed:  July 15, 2010
18

19

20

21

22

23

24

25

26

27

28

STIP. TO RESCHEDULE CASE
MANAGEMENT CONFERENCE                                          Case No.  10-CV-03676 RS

1  Pursuant to Rules 6-1(b), 6-2, 7-12, and 16-2(e) of the Court's local rules, the parties
2  hereby request through their respective counsel of record that the Case Management Conference
3  scheduled in the instant matter to take place on Thursday, June 9, 2011 at 10:00 a.m. be rescheduled
4  to take place on Thursday, July 14, 2011 at 10:00 a.m. and that all deadlines related to the Case
5  Management Conference be rescheduled in accordance with the July 14, 2011 Case Management
6  Conference date..

7  **IT IS SO STIPULATED.**

9  Dated: May 26, 2011

11
12  /s/ *Eric A. Grover*
    ERIC A. GROVER
    KELLER GROVER LLP
13  Attorneys for Plaintiffs
    DANIEL MARTIN, et al.
14  Dated: May 26, 2011

16
17  /s/ *John M. Skonberg*
    JOHN M. SKONBERG
    LITTLER MENDELSON
18  A Professional Corporation
    Attorneys for Defendant
19  STARCON INTERNATIONAL, INC.

21  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23  Dated: May  26 , 2011

25  _____
    THE HONORABLE RICHARD SEEBORG
    UNITED STATES DISTRICT JUDGE

STIP. TO RESCHEDULE CASE
MANAGEMENT CONFERENCE           1.         Case No.  10-CV-03676 RS