*E-Filed 7/1/11*

JOHN M. SKONBERG, Bar No. 069409
jskonberg@littler.com
MICHELLE R. BARRETT, Bar No. 197280
mbarrett@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street - 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Fax No.:     415.399.8490

Attorneys for Defendant
STARCON INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DANIEL MARTIN and ROBEL KELLY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>STARCON INTERNATIONAL, INC.; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.  10-CV-03676 RS<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO REMAND ACTION TO STATE COURT**<br><br>Complaint Filed:      April 20, 2010<br>1st Am. Complaint Filed:   July 15, 2010 |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIP. AND [PROPOSED] ORDER TO
REMAND ACTION TO STATE COURT

Case No.  10-CV-03676 RS

Pursuant to Rules 7-12 of the Court's local rules, the parties hereby stipulate to remand this action to the Superior Court of California, County of Contra Costa. Each side to bear its own costs in connection with the remand.

**IT IS SO STIPULATED.**

Dated: July 1, 2011

/s/ *Eric A. Grover*
ERIC A. GROVER
KELLER GROVER LLP
Attorneys for Plaintiffs
DANIEL MARTIN, et al.

Dated: July 1, 2011

/s/ *John M. Skonberg*
JOHN M. SKONBERG
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
STARCON INTERNATIONAL, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July __1__, 2011

THE HONORABLE RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

Firmwide:102544256.1 026607.1029

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

JOINT STIP. AND [PROPOSED] ORDER TO REMAND ACTION TO STATE COURT     1     Case No.  10-CV-03676 RS